Blythe Edmondson
Thomae Edmondson Law PLC
6444 E Tanque Verde Rd.
Tucson, AZ 85715
(520) 468-2053
Facsimile (520) 577-3435
Blythe@thomaelaw.com
State Bar No: 019817
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Clancy, a single man; Edward McMullen, a single man; and Las Cien Casas, LLC<br>　　　Plaintiffs,<br>v.<br><br>The United States of America; The United States Air Force,<br>　　　Defendants. | No.<br><br>Complaint |

Plaintiffs, by and through undersigned counsel, hereby submit the following complaint against the United States of America.

**Jurisdiction**

1. This action is brought pursuant to the Federal Torts Claim Act 28 U.S.C. §1346(b), 2671 et al.

2. Plaintiffs filed an administrative claim with Davis Monthan Air Force Base on March 9, 2016.

1

3. Plaintiffs were informed by a representative of Davis Monthan Air Force Base on March 9, 2016 their claim had been forwarded to the Department of the Air Force.

4. On April 13, 2016, the Plaintiffs were offered $2,500 to settle AF Claim No.: 16-11478.

5. Plaintiffs filed a request for reconsideration on June 1, 2017.

6. Plaintiffs received a letter dated July 13, 2017 denying their claim.

7. All requirements of the Federal Tort Claims Act have been met.

8. All incidents relevant to this case occurred in Southern Arizona in the County of Pima.

**Parties**

9. The Plaintiffs, Edward McMullen and John Clancy, are both residents of Pima County, Arizona.

10. Las Cien Casas, LLC is an Arizona Limited Liability Company doing business in the State of Arizona, County of Pima.

11. The United States of America as principal for the United States Air Force is the proper defendant under the Federal Torts Claim Act.

12. Plaintiff, Las Cien Casas LLC owns the real property at issue in this case.

13. Plaintiffs, Edward McMullen and John Clancy, are the sole owners of Las Cien Casas LLC.

14. Plaintiffs, Edward McMullen and John Clancy filed all requests for compensation associated with the real property at issue in the present case.

**Facts**

15. On or about February 8, 2016, the United States Air Force 355th Fighter Wing attempted to signal an aircraft during a combat search and rescue training mission. In doing so, the airman inadvertently started a fire.

16. The real property in Pima County, Arizona known as Parcel number 302-24-007 (herein after "The Property") suffered damage as a result of the fire.

17. The Property consists of approximately 120 acres. Approximately ½ or 60 acres of The Property were damaged by the fire.

18. The fire destroyed native vegetation on The Property and multiple trees and ocotillo had to be cut to prevent the further spread of the fire, causing additional damage to The Property.

19. The United States Air Force through a representative of Davis Monthan Air Force Base provided the Plaintiffs with notice of what had occurred and information regarding how to file claim for damage.

20. The Plaintiffs subsequently obtained bids to clean and repair The Property and submitted a claim pursuant to the Federal Tort Claim Act with Davis Monthan Air Force Base.

21. The Plaintiffs were notified that the claim had been transferred to the Department of the Air Force and were offered $2,500 to settle the claim.

22. The Plaintiffs requested reconsideration of their claim, and their claim was denied.

23. The Plaintiffs estimate the damage done to the Property in the amount of approximately $187,000. The estimate of damages was provided to the Defendant

in the Plaintiffs' initial requests for compensation.

24. The damage done the Property because of the fire includes but is not limited to destruction of native vegetation, debris from the fire littering the land, loss of potential sale of the real property as grazing land due the destruction of the vegetation, change in landscape from loss of plants causing drainage issues.

25. Plaintiffs have obtained estimates for the cost of cleaning and/or clearing the land from the debris from the fire as well as costs to re-introduce native vegetation to the land.

## Count One Negligence

26. The United States Air Force and its agents owe a duty of care to the owners of real and personal property when their exercises and actions occur on or near private property.

27. The Defendant owes a duty of care to protect the personal property, real property and lives of private citizens when it takes action on or near property owned by private citizens.

28. The Defendant through its agents failed to exercise due care.

29. The Defendant failed to exercise due care in preventing the start of a fire on private land while conducting training exercises.

30. The Defendants failure to exercise due care resulted in a fire starting on private property.

31. But for the Defendants failure to exercise due care, the Plaintiffs would not have been harmed.

4

32. The failure to exercise due care resulted in a fire on the Plaintiffs property thereby harming the Plaintiffs.

33. Plaintiffs suffered financial loss due in part to the destruction of the vegetation on the real property and the need to remove debris from the real property after the fire.

Wherefore, the Plaintiffs seek

1. Compensation to clean The Property of the damaged vegetation and debris.
2. Compensation to replant and reintroduce native vegetation to The Property.
3. Compensation for the loss of the sale of The Property as grazing land.
4. Compensation for the damage to The Property due to change in drainage from fire damage.

Respectfully Submitted this 11th day of January, 2018

____/Blythe A. Edmondson/_____
Blythe A. Edmondson,
Attorney for the Plaintiff